**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA       :

  v.                         :          **CRIMINAL NO. 26-217**

GABRIEL LOPEZ LOPEZ          :

## ORDER

AND NOW, this 30th day of June , 2026, upon consideration of the

government's Motion to Dismiss the Indictment in the above captioned case, it is hereby:

ORDERED

that the Motion is GRANTED and the above indictment is DISMISSED without prejudice.

BY THE COURT:

_____

THE HONORABLE JUAN R. SANCHEZ
United States District Judge